IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUMPY CAT LIMITED, | ) |
| | ) |
| Plaintiff, | ) Case No. 23-cv-16328 |
| | ) |
| v. | ) |
| | ) Judge Thomas M. Durkin |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) |
| PARTNERSHIPS AND | ) |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## STATUS REPORT

Plaintiff's counsel submits this Status Report, prepared by Plaintiff's counsel per the Court's Minute Order of January 17, 2024. [Dkt. No. 13]. No defendant has filed an appearance in this matter.

On November 29, 2023, Plaintiff filed its Complaint alleging, among other claims, trademark infringement and counterfeiting, 15 U.S.C. § 1114 (Count I); false designation of origin, 15 U.S.C. § 1125(a) (Count II); Copyright Infringement, 17 U.S.C. § 101 et seq. (Count III); and violation of Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510/1, et. seq. (Count IV). [Dkt. No. 1]. Concurrently, Plaintiff filed a Motion for Leave to File Under Seal [Dkt. No. 7] which was granted by this Court on the same day. [Dkt. No. 9].

Due to a clerical error, Plaintiff did not file an *ex parte* Motion for a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery and Service of Process by Email and/or Electronic Publication and supporting Memorandum and Exhibits.

Plaintiff is filing its *ex parte* Motion for a Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery and Service of

Process by Email and/or Electronic Publication and supporting Memorandum and Exhibits concurrently with this Status Report.

      Undersigned counsel was unable to submit this Status Report yesterday, when due, in view of a medical issue.

                              Respectfully submitted,

Dated: February 1, 2024

                        By:    s/ Michael A. Hierl
                                Michael A. Hierl (Bar No. 3128021)
                                William B. Kalbac (Bar No. 6301771)
                                Robert P. McMurray (Bar No. 6324332)
                                Hughes Socol Piers Resnick & Dym, Ltd.
                                Three First National Plaza
                                70 W. Madison Street, Suite 4000
                                Chicago, Illinois 60602
                                (312) 580-0100 Telephone
                                (312) 580-1994 Facsimile
                                mhierl@hsplegal.com
                                Attorneys for Plaintiff
                                GRUMPY CAT LIMITED

**CERTIFICATE OF FILING**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Status Report was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 1, 2024.

    s/Michael A. Hierl